## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                              **4:06-CR-00284-04-BRW**

**CARL TYRELL ROSS**

## ORDER

For the same reasons that were set out in the July 17, 2012 Order, Defendant's *pro se* Motion to Reduce Sentence (Doc. No. 203) is DENIED.

IT IS SO ORDERED this 12th day of November, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE