# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                      **4:06-CR-00284-04-BRW**

**CARL TYRELL ROSS**

## ORDER

The Prosecution's request for an extension of time to file a supplemental response to Defendant's Motion for Judicial Review is GRANTED.[1]  Accordingly, the Prosecution's supplemental response must be filed by 5:00 p.m., Friday, April 25, 2014.

IT IS SO ORDERED this 28th day of March, 2014.

                                                  /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Defendant's Motion asserts that the Prosecution failed to file a Rule 35(b) motion on Defendant's behalf.  The Prosecution responded, arguing that Defendant is not entitled to a sentence reduction under Rule 35(b), and requested an extension of time to gather affidavits to support its position.  *See* Doc. No. 207.